# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENERGY MANAGEMENT COLLABORATIVE, LLC, a Minnesota limited liability company,<br><br>    Plaintiff,<br><br>    v.<br><br>DARWIN TECH LLC, a California limited liability company, JASON WHITNEY, an individual, and DOES 1-100, as follows,<br><br>    Defendants. | Case No. 8:22-cv-00952-JWH-ADS<br><br>**JUDGMENT** |
| DARWIN TECH LLC, a California limited liability company,<br><br>    Counterclaimant,<br><br>    v.<br><br>ENERGY MANAGEMENT COLLABORATIVE, LLC, a Minnesota limited liability company,<br><br>    Counterdefendant. | |

Pursuant to the Minute Order [ECF No. 117] entered on or about July 18, 2025, and in accordance with Rules 41(b) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1332.

2. The operative pleadings are as follows:

    a. the Complaint [ECF No. 1] of Plaintiff and Counterdefendant Energy Management Collaborative, LLC; and

    b. the First Amended Counterclaim [ECF No. 55] of Defendant and Counterclaimant Darwin Tech LLC.

3. The Complaint and Amended Counterclaim are **DISMISSED without prejudice.**

4. To the extent that any party requests any other form of relief, such request is **DENIED.**

**IT IS SO ORDERED.**

Dated: July 23, 2025

John W. Holcomb
UNITED STATES DISTRICT JUDGE